UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NAJEE FOREMAN,<br><br>    Plaintiff,<br><br> v.<br><br>OTSUKA AMERICA PHARMACEUTICAL, INC., BRISTOL-MYERS SQUIBB CO., WALGREEN CO., CVS PHARMACY, INC., CLAXTON-GRAVES, INC., and JOHN DOES 1-3,<br><br>    Defendants. | Case No. 4:17-cv-89-WTM/GRS |

## ORDER GRANTING CONSENT MOTION
## TO STAY DISCOVERY

Defendants Bristol-Myers Squibb Company ("BMS"), Otsuka America Pharmaceutical, Inc. ("OAPI"), Claxton-Graves, Inc. ("Claxton-Graves), and John Doe 3 (collectively, "Defendants"), having moved that the Court stay discovery pending the Court's ruling on Defendants' Motions to Dismiss filed on May 24, 2017, and good cause having been shown for the grant of same, the Motion to Stay is hereby GRANTED.

Discovery and all other deadlines are stayed pending the disposition of the Motions to Dismiss and further Order of this Court.

SO ORDERED this 12th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1

Prepared and submitted by:

*/s/ Patricia T. Paul*
PATRICIA T. PAUL
Georgia Bar No. 697845
OLIVER MANER LLP
Post Office Box 10186
218 West State Street
Savannah, Georgia 31401
Phone: 912-236-3311
Fax: 912-236-8725
pto@olivermaner.com
ppaul@olivermaner.com