FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUN -5  AM 9: 18
CLERK_____
SO. DIST OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NAJEE FOREMAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| OTSUKA AMERICA PHARMACEUTICAL, INC., ET. AL, | ) CASE NO. 4:17-CV-89 WTM/GRS |
| Defendants. | ) |

## ORDER GRANTING JOINT MOTION FOR STAY

Having read and considered the parties Joint Motion for Stay, and for good cause having been shown, the Court ORDERS a stay of further proceedings in this case, pending a Court finding that Najee Foreman's competency has been restored or until such time as a conservator or guardian is appointed and substituted for him. The Parties shall meet and confer within 120 days of the entry of this Order and provide the Court with an update on the status of this case thereafter.

SO ORDERED, this 5th of June, 2018.

Magistrate Judge G. R. Smith
Southern District of Georgia

5