U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

6   13  20

Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| NAJEE FOREMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV417-089 |
| | ) | |
| OTSUKA AMERICA | ) | |
| PHARMACEUTICAL, INC., | ) | |
| BRISTOL-MYERS SQUIBB COMPANY, | ) | |
| WALGREEN CO., JOHN DOE #1, | ) | |
| and JOHN DOE #2, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the Court is the parties' Consent Stipulation of Dismissal Without Prejudice. (Doc. 45.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant Walgreen Co. are **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs and attorney fees.

SO ORDERED this **13th** day of June 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA