IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NAJEE FOREMAN, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV417-089
 )
OTSUKA AMERICA )
PHARMACEUTICAL, INC., )
BRISTOL-MYERS SQUIBB COMPANY, )
JOHN DOE #1, and JOHN DOE #2, )
 )
    Defendants. )
 )

## ORDER

On August 6, 2018, this Court directed the parties in this case to provide a proposed pretrial order by September 5, 2018. (Doc. 48.) This case, however, was previously stayed on June 5, 2018. (Doc. 46.) Accordingly, this Court's order directing the parties to provide a proposed pretrial order (Doc. 48) is hereby **VACATED**.

SO ORDERED this 6th day of August 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 AUG -6 PM 4:44
CLERK
SO. DIST. OF GA.