IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NAJEE FOREMAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| OTSUKA AMERICA PHARMACEUTICAL, INC., ET. AL, | ) CASE NO. 4:17-CV-89 |
| Defendants. | ) |

## ORDER GRANTING PATRICIA BOWERS' UNOPPOSED MOTION FOR SUBSTITUTION

Having read and considered Patricia Bowers' Unopposed Motion for Substitution, and for good cause having been shown, the Court ORDERS the substitution of Patricia Bowers, as legal guardian of Plaintiff Najee Foreman for Najee Foreman as Plaintiff. The caption of the case shall be amended accordingly.

SO ORDERED, this 15th of January, 2019.

Magistrate Judge James E. Graham
Southern District of Georgia